UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN



FILED
JUN 2 8 2023
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DAVID ERIC YELLEN,

        Defendant.

CASE NO: 23-cr-20338

HON. SEAN F. COX
United States District Judge

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, David Eric Yellen, defendant in the above-entitled cause, hereby acknowledge that I have received a copy of the ~~information~~ *Indictment DY/ MSR* in this cause prior to pleading thereto, and I have read the same and understand its contents. I waive its being read aloud in open Court.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1: Imprisonment for a minimum of 5 years and a maximum of 20 years, to be followed by a term of supervised release of at least 5 years and up to life, and a fine of not more than $250,000.

Count 2: Imprisonment for a maximum of 20 years, to be followed by a term of supervised release of at least five years and up to life, and a fine of not more than $250,000.

Dated: 6/20/23

_____
DAVID ERIC YELLEN
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated: 6/20/23

*Margaret Raben*
MARGARET RABEN
Attorney for Defendant