**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE #: 23-20338** |
| **PLAINTIFF,** | |
| | **HON. SEAN F. COX** |
| **VS.** | |
| **DAVID ERIC YELLEN** | |
| **DEFENDANT.** | |

**REQUEST TO FILE MEMORANDUM FOR**
**DOWNWARD VARIANCE UNDER SEAL**

Counsel for Defendant Yellen requests permission to file Defendant's Motion for Downward Variance under seal.

Defendant requests that the Motion be filed under seal because it contains sensitive information that should not be on a public docket.

                                        Respectfully submitted,

                                        s/Margaret Sind Raben (P39243)
                                        Gurewitz & Raben, PLC
                                        333 W. Fort Street, Suite 1400
                                        Detroit, MI 48226
                                        (313) 628-4708
                                        Email: msraben@aol.com
Date: September 9, 2024              Attorney Bar Number: P39243