# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>        **PLAINTIFF,**<br><br>vs.<br><br>**DAVID ERIC YELLEN**<br>        **DEFENDANT.** | **CASE #: 23-20338**<br><br>**HON. SEAN F. COX** |

### ORDER GRANTING REQUEST TO FILE
### MEMORANDUM FOR DOWNWARD VARIANCE UNDER SEAL

IT IS HEREBY ORDERED that counsel for Defendant Yellen may file his Memorandum for Downward Variance under seal because it will contain sensitive information not appropriate for the public docket.

IT IS SO ORDERED.

s/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  September 10, 2024