UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                                    CASE NO:  23-20338

v.                                          HON. SEAN F. COX

David Eric Yellen,

       Defendant.

_____/

## **MOTION TO SEAL EXHIBIT**

      The United States of America, by its undersigned attorney, respectfully request that Exhibits 1 through 3 to the Government's Sentencing Memorandum, be sealed until further Order of the Court because the exhibits contain victim impact statements and sensitive information about those impacted by the defendant's conduct.

                                         Respectfully submitted,

                                         DAWN N. ISON
                                         United States Attorney

                                         */s/ Sarah Alsaden*
                                         Sarah Alsaden
                                         Assistant United States Attorney
                                         211 West Fort Street, Suite 2001
                                         Detroit, MI 48226
                                         Phone: (313) 226-9146
                                         Email: sarah.alsaden@usdoj.gov

Dated: October 10, 2024