# Exhibit 1

## Evelyn Patient Victim Impact Statement

<u>Victim Statement – Evelyn Patient</u>

My name is Evelyn Patient, and I am 26 years old. I am a former gymnast, and now Veterinary Doctor, with an entire life ahead of myself. David Yellen came into my life in my pre-teen years. At Michigan Elite Gymnastics Academy, he was always nearby with his camera in hand. To us, he was the "Camera Guy", and his presence became second nature. Yellen would come to our gymnastics meets and video our routines, distributing them to parents - it became our normal, as we greatly appreciated having photos and videos of ourselves doing the sport that we grew up in and came to love.

Unfortunately, the environment of Michigan Elite Gymnastics Academy was not a good one. There was immense pressure from coaches to be the best, with verbal and psychological abuse running rampant and immensely affecting the psyche of us young gymnasts. Yellen caught on to this and used the abuse to become a "safe" adult in the gymnasium for us to talk to. As a result, many of the girls grew close to him. He added myself and other gymnast on forms of social media and started reaching out to us beyond the gym.

One summer, our head coach Kim held a competition to see which girl could lose the most weight as the team provided a "bad image of her" in our physique. Yellen joined in on this competition, and proceeded to send us snapchats of his body post-working out. These included images with and without clothing.

Before we knew it, Yellen was being invited to travel with us to gymnastics camps without parent supervision. He would be present in hotel rooms with minors with no other adults present. Being gymnasts and comfortable in leotards, we also became comfortable in bathing suits and bikinis. Yellen was present with us in a hotel room in bikinis, and proceeded to take images of us, in the name of "memories".

As I transitioned into my teen years, Yellen started hanging out with myself and other gymnasts outside of gymnastics related events. He took us out to dinners, would come over to our houses, and ask to be involved in special events. Yellen even worked with myself in making song recordings in my parent's living room. At some point, I found myself going on walks with him to the woods behind my house, with Yellen playing audio recordings of myself from bloopers of songs over and over. His favorite was the line of me saying "don't look at me".

I found myself at times in the car with him when hanging out. He would jokingly ask me to "try the stick out" in his stick shift vehicle. He started to message me consistently. He would give me professions of his love, asking to spend Valentine's Day together. I was still under 16 years of age at this time.

Yellen showed up un-announced at my home on my sixteenth birthday, coming with gifts and signs of affection. At this point, my family and I cut Yellen off from our lives as his involvement was beyond inappropriate. He would constantly send messages, lashing out in anger and sadness, demanding for us to still be in touch.

1

Fast forward to a decade later. As a grown adult in my mid-twenties, I was alerted by FBI that Yellen had been undergoing an investigation regarding child pornography. In these meetings, I was presented with images of my pre-teen and teenage self that was found in a folder titled in my name on his devices. Within this folder were images of myself in leotards at practice, with close-ups and inappropriate shots of my body. Some of these images did not even have my face in them, yet, Yellen know well enough to have them separated under my name on his personal computer.

My memories with Yellen are hazy, and I have not planned to undergo regression therapy to gain more information from my past regarding his involvement in the name of self-preservation. David Yellen is a pedophile, that uses his job to get close to young girls and obtain images and videos to use for his own self-gratification in the name of his business. My time with him was now 10 years in the past. I worry for the current generation of young girls he works with, and the extent of his involvement in their lives. David Yellen deserves to be punished for his crimes, but also have his past associations with minors brought to light. I worry for the safety of the girls that he works with and can only hope that the judge will give him the appropriate length of time to keep these girls safe and free from his involvement in their lives unlike mine.